**DISMISS; and Opinion Filed this July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01522-CV

**ALICIA AND UVENCE GARZA AND ALL OTHER OCCUPANTS OF 8529 SANTA CLARA DRIVE, FRISCO, TX 75034, Appellants**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02123-2013**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Appellants' brief in this case is overdue. By postcard dated April 29, 2014, we notified appellants the time for filing their brief had expired. We directed appellants to file both a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).



/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


131522F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALICIA AND UVENCE GARZA AND
ALL OTHER OCCUPANTS OF 8529
SANTA CLARA DRIVE, FRISCO, TX
75034, Appellants

No. 05-13-01522-CV     V.

CITIMORTGAGE, INC., Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-02123-2013.
Opinion delivered by Justice Fillmore.
Justices Evans and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CITIMORTGAGE, INC. recover its costs of this appeal from appellants ALICIA AND UVENCE GARZA AND ALL OTHER OCCUPANTS OF 8529 SANTA CLARA DRIVE, FRISCO, TX 75034.

Judgment entered this 8th day of July, 2014.